```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                              Criminal No. 06-cr-47-01-JD

Stephen M. Butler


                           O R D E R


    The assented to motion to reschedule jury trial (document no. 21) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                                 /s/Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date:  January 22, 2007


cc:  Harry Batchelder, Esq.
     Mark Zuckerman, Esq.
     U.S. Marshal
     U.S. Probation