```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                         Criminal No. 06-cr-47-01-JD

Stephen M. Butler


O R D E R

The assented to motion to reschedule jury trial (document no. 24) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: March 19, 2007


cc:   Harry Batchelder, Jr., Esq.
      Mark Zuckerman, Esq.
      U.S. Marshal
      U.S. Probation