UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                        Criminal No. 06-cr-47-01-JD

<u>Stephen M. Butler</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 31) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            <u>/s/ Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: July 17, 2007

cc: Harry Batchelder, Jr., Esq.
    Mark Zuckerman, Esq.
    U.S. Marshal
    U.S. Probation