```
          UNITED STATES DISTRICT COURT FOR THE
                DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                         Criminal No. 06-cr-47-01-JD

Stephen M. Butler


O R D E R

The assented to motion to reschedule jury trial (document no. 37) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                          */s/ Joseph A. DiClerico, Jr.*
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date:  October 10, 2007


cc: Harry Batchelder, Jr., Esq.
    Mark Zuckerman, Esq.
    U.S. Marshal
    U.S. Probation