UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 06-cr-47-01-JD

<u>Stephen M. Butler</u>


<u>O R D E R</u>

   The assented to motion to reschedule jury trial (document no. 40) filed by defendant is granted.

   Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

   SO ORDERED.


                                    ***/s/Joseph A. DiClerico, Jr.***
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

Date: December 5, 2007


cc: Mark S. Zuckerman, Esq.
    Harry Batchelder, Esq.
    U.S. Marshal
    U.S. Probation