UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 06-cr-47-01-JD

<u>Stephen M. Butler</u>

O R D E R

    The assented to motion to reschedule jury trial (document no. 43) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                    /s/ Joseph A. DiClerico, Jr.
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

Date: January 22, 2008

cc: Harry Batchelder, Jr., Esq.
    Mark Zuckerman, Esq.
    U.S. Marshal
    U.S. Probation